
### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| PEOPLE'S UNITED EQUIPMENT FINANCE CO., | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-114049 |
| | § | |
| JAMES KEITH STARK, | § | |
| Defendant. | § § | |

### ORDER ENTERING DEFAULT AND DEFAULT JUDGMENT

The plaintiff, People's United Equipment Finance Corp., has filed a motion for entry of default and default judgment against the defendant, James Keith Stark. It appears that James Keith Stark has failed to answer the complaint as required by Rule 12, Fed. R. Civ. P., making entry of default against him proper. People's United Equipment Finance Corp. has filed affidavits and exhibits in support of its claims for damages and for reasonable attorney's fees. People's United Equipment Finance Corp. has also sent James Keith Stark notice of the motion for entry of default and default judgment. Further notice to the defendant and further hearings are not necessary. Rule 55(b)(2), Fed. R. Civ. P.

The motion for entry of default and for default judgment is granted. People's United Equipment Finance Corp. has established its entitlement to default judgment against James Keith Stark for actual damages in the amount of $444,263.97; reasonable attorney's fees and expenses as of March 27, 2012, in the amount of $15,543.25; prejudgment interest at the

contractual rate of 18% per annum from March 26, 2012 until May 21, 2012; postjudgment interest at the rate of 0.20 % *per annum*; and costs of court.

This is a final judgment.

SIGNED on May 25, 2012, at Houston, Texas.

> Lee H. Rosenthal
> United States District Judge